FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JARED ANTHONY WINTERER,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 2:26-cv-381-EFS

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION**

By Order filed October 1, 2026, the Court directed Plaintiff Jared Anthony Winterer, a *pro se* individual currently incarcerated at the Washington State Penitentiary-IMU, to show cause why his application to proceed *in forma pauperis* should be granted.[1] On October 2, 2026, Plaintiff filed a Motion for Judicial Discretion, a

[1] ECF No. 9.

Motion for Court Appointed Counsel, a Motion to Serve Defendant, and a Motion for Extension of Time to File Response/Reply.[2] On October 9, 2026, he filed a Motion to Show Cause and Amend Complaint.[3]

Liberally construing these submissions, including his assertion that "[d]ecreased muscle mass and strength are [his] ongoing serious physical injuries also,"[4] the Court finds that Plaintiff failed to demonstrate that he is eligible to proceed *in forma pauperis* under 28 U.S.C. § 1915(g), or that he was under imminent danger of serious physical injury when he filed his complaint.[5] Therefore, Plaintiff has lost the privilege of filing this lawsuit *in forma pauperis*. Because Plaintiff did not avail himself of the opportunity to pay the $405.00 filing fee, he may not proceed with this action.

//

//

---

[2] ECF Nos. 10, 11, 12, and 13.

[3] ECF No. 15.

[4] ECF No. 10 at 1.

[5] *See Andrews v. Cervantes,* 493 F.3d 1047, 1055–56 (9th Cir. 2007).

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's application to proceed *in forma pauperis,* **ECF No. 4**, is **DENIED.**

2. This action is **DISMISSED** without prejudice for nonpayment of the filing fee as require by 28 U.S.C. § 1914.

3. All pending motions are **DENIED as moot.**

4. The Clerk's Office shall terminate all pending deadlines and **CLOSE** the file.

5. The Court certifies any appeal of this dismissal would not be taken in good faith.

IT IS SO ORDERED. The Clerk's Office is directed to file this Order, enter judgment, and provide copies to Plaintiff.

DATED this 4th day of November 2026.

Edward F. Shea

EDWARD F. SHEA
Senior United States District Judge