AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

JARED ANTHONY WINTERER,
*Plaintiff*
v.

UNITED STATES,
*Defendant*

) ) ) ) )

Civil Action No. 2:26-cv-381-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: Plaintiff's application to proceed in forma pauperis, ECFNo. 4, is DENIED.
This action is DISMISSED without prejudice for nonpayment of the filing fee as require by 28 U.S.C. § 1914.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea

Date: November 4th, 2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*